UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RICHARD ELESON, | No. 2:13-cv-2363-EFB P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, et al., | |
| Respondents. | |

    On February 7, 2014, this action was dismissed without prejudice to filing a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 4. Judgment was entered accordingly. ECF No. 5. Notwithstanding that judgment closing this case, petitioner filed a letter with the court on October 29, 2014. ECF No. 8.

    The court takes no action on petitioner's filing as this case is now closed. Petitioner is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

    So ordered.

Dated: November 4, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE